FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAR 11 2014

James N. Hatten, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA :
: CRIMINAL ACTION FILE NO.
v. : 1:13-CR-345-ODE-JSA
:
ARTURO SANCHEZ-RUIZ :

ORDER

This criminal case is before the Court on the Report and Recommendation of United States Magistrate Judge Justin S. Anand filed February 14, 2014 [Doc. 33]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Defendant's motion to suppress [Doc. 12] be denied. Specifically, the Magistrate Judge found that the traffic stop was lawful, Defendant's consent to search was lawful, and Defendant's statements were made voluntarily and not in violation of Miranda.[1]

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Defendant's motion to suppress [Doc. 12] is DENIED.

SO ORDERED, this 11 day of March, 2014.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

---

[1] Miranda v. Arizona, 384 U.S. 436 (1966).